# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| EDWARD J. SMITH, | : | No. 9 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated 1/12/16 and |
| | : | exited on 1/13/16 at No. 68 MD 2015 |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, ET | : | |
| AL., | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**                                      **DECIDED: October 18, 2016**

**AND NOW**, this 18th day of October, 2016, the Order of the Commonwealth Court is AFFIRMED.